Jennifer E. Duggan, SBN: 183833
Christina M. Bucci, SBN: 292047
DUGGAN LAW CORPORATION
641 Fulton Ave., Suite 200
Sacramento, CA 95825
Telephone:   916.550.5309
Facsimile:    916.404.5900
jennifer@duggan-law.com

Attorneys for Defendant
EMRY FOODS, INC and
KENNETH MCCLOSKEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　　Plaintiff,<br><br>v.<br><br>KENNETH MCCLOSKEY, Trustee GST (Exempt) Bypass Rust/Mccloskey Family Trust; EMRY FOODS, INC., a California Corporation; and DOES 1-10,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | Case No. 2:14-CV-00698-JAM-EFB<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 27, 2014 FOR DEFENDANTs EMRY FOODS, INC. AND KENNETH MCCLOSKEY TO RESPOND TO COMPLAINT<br><br>**Complaint Filed:** March 17, 2014 |

　　　　Pursuant to Civil Local Rule 1, Plaintiff SCOTT JOHNSON and Defendants, EMRY FOODS, INC. and KENNETH MCCLOSKEY by and through their respective attorneys of record, Phyl Grace, and Christina M. Bucci, stipulate as follows:

　　　　1.　　Defendants EMRY FOODS, INC. and KENNETH MCCLOSKEY are granted an extension until May 27, 2014 to respond or otherwise plead in reference to Plaintiff's Complaint.

　　　　2.　　Defendants EMRY FOODS, INC. and KENNETH MCCLOSKEY's response, including but not limited to any motions to dismiss, motion to compel arbitration, or motions related to personal jurisdiction, will be due no later than May 27, 2014.

1.　　STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME UNTIL MAY 27, 2014 FOR DEFENDANTS EMRY FOODS, INC. AND KENNETH MCCLOSKEY TO RESPOND TO COMPLAINT

3. The reason for the requested enlargement of time is for the purpose of the parties further exploring settlement possibilities without incurring the costs and fees associated with any motions to dismiss, motion to compel arbitration, or motions related to personal jurisdiction;

4. One prior modification has been made in the case by stipulation between Defendant EMRY FOODS, INC. and Plaintiff to extend time to respond to the Complaint;

5. The requested time modification should have no effect on the overall schedule for the case.

IT IS SO STIPULATED effective as of May 13, 2014.

DATED: May 13, 2014            CENTER FOR DISABILITY ACCESS

                               By ____/S/ Christopher Seabock _
                                   Mark Potter
                                   Phyl Grace
                                   Christopher Seabock
                                   Attorneys for Plaintiff

DATED: May 13, 2014            DUGGAN LAW CORPORATION

                               By ____/S/ Christina M. Bucci__
                                   Jennifer E. Duggan
                                   Christina M. Bucci
                                   Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED: that Defendants Emry Foods, Inc. and Kenneth McCloskey shall have until May 27, 2014 to respond to the Complaint, including but not limited to any motions to dismiss and/or motions related to personal jurisdiction.

DATED: May 14, 2014

                               /s/  JOHN  A.  MENDEZ_____
                               United States District Judge

Duggan Law Corporation
641 Fulton Ave., Suite 200
Sacramento, CA 95825
916.550-5309

2.   STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME UNTIL MAY 27, 2014 FOR DEFENDANTS EMRY FOODS, INC. AND KENNETH MCCLOSKEY TO RESPOND TO COMPLAINT