1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,

  v.

KENNETH MCCLOSKEY, Trustee
GST (Exempt) Bypass
rust/Mccloskey Family Trust;
EMRY FOODS, INC., a California
Corporation; and Does 1-10,
      Defendants.

Case: 2:14-CV-00698-JAM-EFB

**ORDER**

## **ORDER**

    This action is hereby ordered dismissed with prejudice, each party to
bear their own attorneys' fees and costs.

Dated: 1/12/2015     /s/ John A. Mendez_____
              HONORABLE JOHN A. MENDEZ
              UNITED STATES DISTRICT COURT JUDGE

1